

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RITA MARIE WEBSTER, BY AND THROUGH HER
SON AND NEXT FRIEND, MARCUS WEBSTER,
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES AND AS ADMINISTRATOR OF
THE ESTATE OF RITA MARIE WEBSTER, DECEASED          PLAINTIFF

VS.                                              CIVIL ACTION NUMBER:
                                                 5:07-CV-101-DCB-JMR

NATIONAL HERITAGE REALTY, INC. D/B/A YAZOO
CITY HEALTH AND REHABILITATION CENTER;
MARINER HEALTH CARE, INC. F/K/A MARINER POST
ACUTE NETWORK; MARINER HEALTH GROUP, INC.;
MARINER HEALTH CARE MANAGEMENT COMPANY;
THOSE OPERATING SUBSIDIARIES OF MARINER
HEALTH CARE, INC. AND MARINER HEALTH GROUP
CONNECTED WITH THE OWNERSHIP OR OPERATION
OF YAZOO CITY HEALTH AND REHABILITATION CENTER;
ET AL                                                DEFENDANTS

## JUDGMENT ON JURY VERDICT

**THIS CAUSE** having come on to be heard in open Court, and the Court having jurisdiction of the parties and the subject matter, and all parties having personally appeared and by their counsel announced ready for trial, there came a jury of seven good and lawful men and women, who, being duly qualified, sworn and empaneled, did hear the evidence and arguments of counsel and received instructions of the Court and who then retired to consider their verdict, and who thereupon returned into open Court with the following unanimous verdict, to-wit:

> We, the jury, find for the Defendants, Mariner Health Care, Inc.
> and National Heritage Realty, Inc.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint of Plaintiffs,

Rita Marie Webster, By and Through Her Son and Next Friend, Marcus Webster, on Behalf of the Wrongful Death Beneficiaries and as Administrator of the Estate of Rita Marie Webster, Deceased, be, and the same is hereby, dismissed with prejudice, and the Plaintiffs are hereby taxed with costs for which let execution issue.

**ORDERED AND ADJUDGED** this, the \_\_1st\_\_ day of \_\_MAY\_\_, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

_____
Attorney for Plaintiffs

_____
Attorney for Defendants